**DISMISS and Opinion Filed October 2, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-18-01540-CV
_____

**STEVEN V. TIPPS, Appellant**
**V.**
**PURPLE TREE, LLC, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-04540-B**

# MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Osborne

Appellant's brief in this case is overdue. By postcard dated August 1, 2019, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. By order dated August 15, 2019, we extended the time to file appellant's brief until August 26, 2019, and again cautioned appellant that failure to file his brief and an extension motion might result in dismissal of this appeal for want of prosecution. By order dated October 2, 2019, we denied appellant's September 25, 2019 third motion to extend time to file his brief.[1] To date, appellant has not tendered his brief to the Court.

---

[1] Appellant asked for a one day extension to file his brief.

We dismiss this appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Leslie Osborne/
LESLIE OSBORNE
JUSTICE


181540F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

STEVEN V. TIPPS, Appellant

No. 05-18-01540-CV     V.

PURPLE TREE, LLC, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-18-04540-B.
Opinion delivered by Justice Osborne.
Justices Myers and Nowell participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.


Judgment entered October 2, 2019